**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 13, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00492-CV

## IN RE SANNAURU FAMILY LIMITED PARTNERSHIP, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
61st District Court
Harris County, Texas
Trial Court Cause No. 2016-11828-I

## MEMORANDUM OPINION

On June 21, 2016, relator Sannauru Family Limited Partnership filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Erin Lunceford, presiding judge of the 61st District Court of Harris County, to set side her May 18, 2016 order denying relator's motion to dissolve writ of garnishment.

On October 6, 2016, relator filed an agreed motion to dismiss this original proceeding because the parties have settled the underlying case. Relator's requested relief in the petition for writ of mandamus is now moot. The motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed without prejudice.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.